RONALD J. HOLLAND (SBN 148687)
rjholland@mwe.com
LAUREN ZIEGLER (SBN 293189)
lziegler@mwe.com
**McDERMOTT WILL & EMERY LLP**
415 Mission Street, Suite 5600
San Francisco, CA 94105-2533
Telephone:  (628) 218-3800
Facsimile:   (628) 877-0107

Attorneys for Defendant

KINKISHARYO INTERNATIONAL, L.L.C.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR NAVARRETE, an individual,<br><br>             Plaintiff,<br><br>    v.<br><br>KINKISHARYO INTERNATIONAL, L.L.C., a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>             Defendants | Case No. 2:19-cv-06080 RGK<br><br>Assigned to Hon. R. Gary Klausner<br><br>**[PROPOSED] FINAL JUDGMENT IN FAVOR OF DEFENDANT KINKISHARYO INTERNATIONAL, L.L.C.**<br><br>Court:    Courtroom 850<br><br>**Action Filed:**  June 11, 2019<br>**Trial Date:**     August 18, 2020 |

1  By Order dated May 4, 2020 [Dkt. 46], this Court granted Defendant Kinkisharyo International, L.L.C.'s ("Defendant") Motion for Summary Judgment [Dkt. 14] regarding the Complaint for Damages [Dkt. 1] brought by Plaintiff Victor Navarrete ("Plaintiff"). Therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's Complaint. Plaintiff shall take nothing by way of his Complaint, and this action is dismissed in its entirety with prejudice.

Dated: May 12, 2020

*Gary Klausner*

The Hon. R. Gary Klausner
United States District Judge

-1-

[PROPOSED] FINAL JUDGMENT IN FAVOR OF DEFENDANT KINKISHARYO INTERNATIONAL, L.L.C.